N. H. GARNER, *Plaintiff in Error*, vs. GEO. E. SLACK, and J. F. McCLELLAND, Sheriff of Seminole County, Florida, *Defendants in Error*.

136 So. 445.

En Banc.

Decision filed July 29, 1931.

Petition for rehearing denied September 14, 1931.

638

*Ernest Housholder,* for Plaintiff in Error;

*Dickenson & Dickenson,* for Defendants in Error.

PER CURIAM.—Affirmed on authority of opinion in the case of N. H. Garner vs. Geo. E. Slack and J. F. McClelland, Sheriff of Seminole County, Florida, filed at this term of Court.

Affirmed.

BUFORD, C.J., WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.